# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRUCE CARTER,

    Plaintiff,

vs.                                            CASE NO. 6:07-CV-1777-ORL-19GJKA

ABLE WALK IN TUBS.COM, INC. and
WILLIAM J. BECKER,

    Defendants.

_____

## DEFAULT JUDGMENT IN A CIVIL CASE

A default having been entered against both Defendants by the Clerk on January 26, 2008 at docket number 10,

**IT IS ORDERED AND ADJUDGED** that judgment for the principal amount of $1,400.70 plus attorneys' fees in the amount of $2727.00 and costs in the amount of $450.00 for a total of $4,557.70 be awarded in favor of Plaintiff, BRUCE CARTER against Defendants, ABLE WALK IN TUBS.COM, INC. and WILLIAM J. BECKER, jointly and severally, for which sum let execution issue.

**DONE AND ORDERED** at Orlando, Florida, this ___27th___ day of March, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record
Unrepresented Parties